**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT
ABERDEEN DIVISION**

**DANUEL GATES**                                                                               **PLAINTIFF**

**VS.**                                                    **CIVIL NO. 1:21-cv-00172-DMB-RP**

**ZENITH FREIGHT LINES, LLC;
AND JOHN DOES 1-5**                                                  **DEFENDANTS**

---

**VOLUNTARY STIPULATION OF DISMISSAL OF DEFENDANT
ZENITH FREIGHT LINES, LLC WITH PREJUDICE**

---

COMES NOW, Plaintiff Danuel Gates, by and through his counsel, and Defendant Zenith Freight Lines, LLC, by and through its counsel, together as parties who have appeared in this cause of action, and pursuant to the provisions of F.R.C.P. 41(a)(1)(A)(ii), do hereby stipulate that all claims brought against Defendant Zenith Freight Lines in this matter are dismissed with prejudice, with each party to bear its respective attorneys' fees, costs, and expenses.

RESPECTFULLY SUBMITTED, this the 8th day of July, 2022.

| | |
|---|---|
| By: /s/ M. Garner Berry, Esq._____ | By: /s/ Kegan Coleman, Esq._____ |
| M. Garner Berry (MSB #100968) | Kegan Coleman (MSB# 10526) |
| Heyl, Royster, Voelker & Allen, P.C. | Kegan Coleman Law Firm PLLC |
| 200 West Jackson Street, Suite 200 | 2094 Old Taylor Road, Ste. 151 |
| Ridgeland, MS 39157 | Oxford, MS 38655 |
| Tel: 601-706-6040 | Telephone: 662-350-0392 |
| Email: gberry@heylroyster.com | Email: kcoleman@kegancolemanlawfirm.com |
| *Attorney for Defendant* | *Attorney for Plaintiff Danuel Gates* |
| *Zenith Freight Lines, LLC* | |